# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

IN RE
LINDA HAMPTON PERRY              )    Chapter 13
SSN: xxx-xx-7840                 )    Case No. 16-50563
                    Debtor.      )

## MOTION TO SUBSTITUTE COUNSEL

NOW COME Robert H. Gourley, Jr. and the Debtor, and request that Robert H. Gourley, Jr. be substituted as counsel of record in this matter. In support of this request, Counsel and the Debtor show the Court the following:

1. The Debtor filed a Chapter 13 petition on September 12, 2016.

2. Danielle J. Walle is reflected as Counsel of record in the Chapter 13 petition.

3. Robert H. Gourley, Jr. requests a $500.00 attorney fee and costs of $35.00 in connection with this Motion, which fee and costs to be paid through the plan.

WHEREFORE, Robert H. Gourley, Jr. and the Debtor respectfully request that Robert H. Gourley, Jr. be substituted as Counsel of Record for the Debtor effective immediately. Robert H. Gourley, Jr., requests a $500.00 attorney fee and costs of $35.00 in connection with this Motion, which fee and costs to be paid through the plan.

Respectfully submitted this 16th day of January, 2018.

Law Offices of Robert H. Gourley, Jr.

_____s/Robert H. Gourley, Jr._____
Robert H. Gourley, Jr., NC Bar #: 19034
249 East Broad Street
Statesville, NC 28677
Telephone: (704) 872-5051
Facsimile: (704) 872-5449

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF OPPORTUNITY FOR HEARING was served by depositing a true and exact copy in an official repository of the United States Mail on the following:

Trustee                                    Creditor Matrix

This the 16th day of January, 2015.

__s/Janet Pekarek_____
Janet Pekarek

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| LINDA HAMPTON PERRY | ) | Chapter 13 |
| SSN: xxx-xx-7840 | ) | Case No. 16-50563 |
| Debtor. | ) | |

### NOTICE OF MOTION TO SUBSTITUTE COUNSEL
*(Response required if opposed and hearing sought)*

TAKE NOTICE that Counsel for Debtor has filed papers with the Court to substitute counsel. **YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to allow the substitution of counsel, or if you want the Court to consider your views on the motion, then on or before January **30, 2018**, you or your attorney must:

1) File with the Court a written response (an answer explaining your position) at:
Office of the Bankruptcy Clerk
United States Bankruptcy Court
401 W. Trade Street
Charlotte, NC 28202

If you mail you response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

2) You must also mail a copy to:
Robert H. Gourley, Jr.        Trustee
Attorney for the Debtor
249 E Broad Street
Statesville, NC 28677

3) If you file a response as set forth above, then a hearing will be held on: **February 9, 2018 at 9:30 a.m. at the US Bankruptcy Court, 200 W Broad Street, Statesville, NC.**

**NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Respectfully submitted this 16th day of January, 2018.

Law Offices of Robert H. Gourley, Jr., P.A.

_____s/Robert H. Gourley, Jr._____
Robert H. Gourley, Jr., NC Bar #: 19034
249 East Broad Street
Statesville, NC 28677
Telephone:  (704) 872-5051
Facsimile:  (704) 872-5449

```
Label Matrix for local noticing          United States Attorney                   Statesville Division
0419-5                                    Federal Courthouse Rm. 233               200 West Broad Street
Case 16-50563                             100 Otis Street                          Room 100 1st Floor
Western District of North Carolina        Asheville, NC 28801-2608                 Statesville, NC 28677-5258
Statesville
Tue Jan 16 11:39:51 EST 2018

AT&T                                      Arizona Department of Economic Security  Arizona Department of Economic Security
Attn. Corporate Officer                   Office of Account Receivables            PO Box 60
PO Box 5093                               PO Box 504097                            Phoenix AZ 85001-0060
Carol Stream, IL 60197-5093               Saint Louis, MO 63150-4097

Assistant U.S. Attorney Gil Beck          Attorney General Loretta Lynch           Chase Home Mortgage Customer Service
United States Courthouse                  U.S. Department of Justice               Attn. Corporate Officer
100 Otis Street, Room 233                 950 Pennsylvania Ave., NW                PO Box 24696
Asheville, NC 28801-2688                  Washington, DC 20530-0001                Columbus, OH 43224-0696

Chase Records Center                      Chase Records Center/Correspondence Mail Chex Systems, Inc.
Attn: Correspondence Mail                 Attn: Corp Officer                       Attn: Consumer Relations
Mail Code LA4-5555                        Mail Code LA4-5555                       7805 Hudson Road
700 Kansas Lan                            700 Kansas Lane                          Suite 100
Monroe LA 71203-4774                      Monroe, LA 71203-4774                    Saint Paul, MN 55125-1703

Ct. of Common Pleas of Philadelphia Co.   Franklin Collection Services             Homeward Residential
Philadelphia Courts of Common Pleas       Attn: Corp Officer                       Attn: Corp Officer
ATTN: Case #160100663                     2978 W. Jackson St.                      1525 S. Belt Line Road
Philadelphia, PA 19107                    Tupelo, MS 38801-6731                    Coppell, TX 75019-4913

IREDELL COUNTY TAX COLLECTOR              (p)INTERNAL REVENUE SERVICE              IRS
P O BOX 1027                              CENTRALIZED INSOLVENCY OPERATIONS        Central Insolvency Operation
STATESVILLE, NC 28687-1027                PO BOX 7346                              PO Box 7346
                                          PHILADELPHIA PA 19101-7346               Philadelphia, PA 19101-7346

Internal Revenue Service                  Iredell County Tax Collector             JP Morgan Chase Bank, N.A.
P.O. Box 7317                             Attn: Corporate Officer                  Attn: Corp Officer
Philadelphia, PA 19101-7317               P.O. Box 1027                            3415 Vision Drive
                                          Statesville, NC 28687-1027               Columbus, OH 43219-6009

JPMC Specialty Mortgage LLC F/K/A WM Spe  KML Law Group                            KML Law Group
ATTN: Corporate Officer                   Attn: Corp Officer                       Attn: Nora C. Viggiano
3415 Vision Dr.                           701 Market Street Suite 500              701 Market Street Suite 500
Columbus, OH 43219-6009                   Philadelphia, PA 19106-1538              Philadelphia, PA 19106-1538

NC Dept of Revenue                        Navient                                  Navient Solutions, Inc. on behalf of TGSLC
Central Collection Unit                   Attn: Corp Officer                       P.O. Box 83100
PO Box 1168                               PO Box 9635                              Round Rock, TX 78683-3100
Raleigh, NC 27602-1168                    Wilkes Barre, PA 18773-9635

North Carolina Department of Revenue      Pennsylvania Court of Common Pleas       Pennsylvania Dept of Revenue
Bankruptcy Unit                           Philedelphia City Hall                   Attn: Corp Officer
P.O. Box 1168                             Chestnut Street                          Strawberry Square
Raleigh, NC 27602-1168                    Philadelphia, PA 19107                   Harrisburg, PA 17128-0001
```

```
Pennsylvania Housing Finance Agency      SLMA Servicing Corporation           Time Warner Cable
Attn: Corp Officer                       Attn:  Corp Officer                  Attn:  Corp Officer
PO Box 8029                              PO Box 9500                          3140 W. Arrowood Road
Harrisburg, PA 17105-8029                Wilkes Barre, PA 18773-9500          Charlotte, NC 28273-0001


Danielle J. Walle                        Linda Hampton Perry                  Steven G. Tate
McIlveen Family Law                      2414 Abernathy Ave                   212 Cooper Street
174 S. South Street                      Statesville, NC 28625-6403           Statesville, NC 28677-5856
Gastonia, NC 28052-4125
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS
4405 Bland Rd
Raleigh, NC 27609
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)JPMC Specialty Mortgage LLC f/k/a WM Speci      End of Label Matrix
                                                   Mailable recipients    35
                                                   Bypassed recipients     1
                                                   Total                  36
```