

```
FILED & JUDGMENT ENTERED
       Steven T. Salata


       February  6  2018


    Clerk, U.S. Bankruptcy Court
  Western District of North Carolina
```

*Laura T Beyer*
_____
Laura T. Beyer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

IN RE
LINDA HAMPTON PERRY                     )          Chapter 13
SSN: xxx-xx-7840                        )          Case No. 16-50563
                            Debtor.     )

## ORDER SUBSTITUTING COUNSEL

THIS MATTER is before the Court on the Debtor's Motion to Substitute Counsel. The Court has reviewed the Motion, and, it appearing to the Court that those parties entitled to notice of motion were properly served with a copy of the motion:

The Court finds that:

1.     The Debtor filed a Chapter 13 petition on September 12, 2016.

2.     Danielle J. Walle  is reflected as Counsel of record in the Chapter 13 petition.

3.     Robert H. Gourley, Jr. is substituted as Counsel of record and is granted a $500.00 attorney fee and costs of $35.00 in connection with this Motion, which fee and costs will be paid through the plan.

It is, therefore, ORDERED, ADJUDGED and DECREED THAT Robert H. Gourley, Jr. is substituted for Danielle J. Walle as Counsel in this case effective immediately and Robert H. Gourley, Jr. is granted a $500.00 attorney fee and costs of $35.00 in connection with this Motion, which fees and costs will be paid through the plan.

This Order has been signed                   United States Bankruptcy Court
electronically.  The judge's
signature and court's seal
appear at the top of the Order.